# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WILLIAM MIXON,

      Plaintiff,

v.                                                                                            Civ. No. 16-845 JCH/GBW

NANCY BERRYHILL, Acting
Commissioner of the Social
Security Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On July 22, 2016, Plaintiff filed a complaint against Defendant, seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On February 3, 2017, Plaintiff filed a Motion to Remand to Agency. *Doc. 15.* That motion was fully briefed by April 14, 2017. *See docs. 20, 21.* On September 1, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), *Doc. 25,* in which he recommended denying Plaintiff's Motion to Remand. Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 25*), is ADOPTED. Plaintiff's motion is DENIED and this action is DISMISSED with prejudice.

JUDITH C. HERRERA
United States District Judge